NANNI, M.

v.

**UCBR**

**449 CD 2016**

Commonwealth Court of Pennsylvania.

07/14/2017

Unemployment Compensation Board of Review, B–586855

Affirmed

TIRADO, A.

v.

**DOC**

**1328 CD 2016**

Commonwealth Court of Pennsylvania.

07/14/2017

Office of Open Records, AP 2016–1025

Affirmed

DIVEGLIA, C.

v.

**BUREAU OF DRIVER LICENSING**

**1702 CD 2016**

Commonwealth Court of Pennsylvania.

07/14/2017

Adams County Civil Division, No. 2016–S–146

Affirmed

FISHER, S.

v.

**UCBR**

**1834 CD 2016**

Commonwealth Court of Pennsylvania.

07/17/2017

Unemployment Compensation Board of Review, B–592329

Affirmed